PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0013-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KEMBERLY FLORES LOPEZ, | DATE: June 8, 2023
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 8, 2023.

2. By this stipulation, defendant now moves to continue the status conference until September 21, 2023, at 9:30 a.m., and to exclude time between June 8, 2023, and September 21, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 22,346 pages of documents, including investigative reports, text messages, transcripts of recorded communications, and other materials, as well as multiple

undercover video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)     Counsel for defendant desires additional time to review this discovery, to conduct factual investigation, to evaluate potential responses to the charges, to confer with his client, and to otherwise prepare for trial.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 8, 2023 to September 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 1, 2023                                               PHILLIP A. TALBERT
                                                                               United States Attorney

                                                                               /s/ DAVID W. SPENCER
                                                                               DAVID W. SPENCER
                                                                               Assistant United States Attorney

Dated:  June 1, 2023             /s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
KEMBERLY FLORES LOPEZ

### ORDER

IT IS SO FOUND AND ORDERED this 1st day of June, 2023.

_____
Troy L. Nunley
United States District Judge