PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>KEMBERLY FLORES LOPEZ,<br><br>                           Defendant. | CASE NO. 2:23-CR-0013-TLN<br><br>ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to disclose to the defendant grand jury transcripts related to this case to the extent those materials are discoverable pursuant to the United States' discovery obligations under Fed. R. Crim. P. 16, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and/or the Jencks Act, 18 U.S.C. § 3500.

**IT IS SO ORDERED.**

Dated: November 21, 2023

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION

1