```
PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEMBERLY FLORES LOPEZ,<br><br>　　　　　Defendant. | CASE NO. 2:23-CR-0013-TLN<br><br>STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING<br><br>DATE: October 3, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Kemberly Flores Lopez, by and through her attorney of record, Christopher Cosca, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for October 3, 2024, at 9:30 a.m., to February 27, 2025, at 9:30 a.m., based on the following:

    1.    By previous order, the status re: judgment and sentencing hearing was set for October 3, 2024.

    2.    Additional time is needed for investigation related to sentencing and to complete the PSR process.

    3.    Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to February 27, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 20, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated:  September 20, 2024 | /s/ CHRISTOPHER COSCA<br>CHRISTOPHER COSCA<br>Counsel for Defendant<br>KEMBERLY FLORES LOPEZ |

## ORDER

The date for the **Status re: Judgment and Sentencing** is hereby continued from October 3, 2024, to February 27, 2025, at 9:30 a.m.

DATED: September 23, 2024

Troy L. Nunley
Chief United States District Judge