COSCA LAW CORPORATION
CHRIS COSCA        CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KEMBERLY FLORES LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00013-TLN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |
| vs. | |
| KEMBERLY FLORES LOPEZ, | |
| Defendant. | |

## STIPULATION

Defendant KEMBERLY FLORES LOPEZ was released on her own recognizance and is not subject to pretrial supervision. Currently, her conditions of release limit travel to the Eastern District of California. ECF 10.

Now, the parties hereto stipulate that defendant's Conditions of Release be modified to allow travel to Jalisco, Mexico between December 14, 2024, and December 31, 2024. The purpose of travel is to visit sick, elderly relatives in poor health. Based on the unique circumstances of this case, including the substantial information submitted by defense counsel to counsel for the United States to address risk-of-flight concerns, the United States does not object to this request.

Respectfully submitted,

Dated:  October 24, 2024     /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
KEMBERLY FLORES LOPEZ

Dated: October 24, 2024     /s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: October 25, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE