MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0013-TLN |
| Plaintiff, | STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING |
| v. | DATE: February 27, 2025 |
| KEMBERLY FLORES LOPEZ, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Kemberly Flores Lopez, by and through her attorney of record, Christopher Cosca, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for February 27, 2025, at 9:30 a.m., to June 5, 2025, at 9:30 a.m., based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for February 27, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process.

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to June 5, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  February 21, 2025                    MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
                                             Assistant United States Attorney

Dated:  February 21, 2025                    /s/ CHRISTOPHER COSCA
                                             CHRISTOPHER COSCA
                                             Counsel for Defendant
                                             KEMBERLY FLORES LOPEZ

## ORDER

The date for the **Status re: Judgment and Sentencing** is hereby continued from February 27, 2025, to June 5, 2025, at 9:30 a.m.

DATED:  February 21, 2025

_____
Troy L. Nunley
Chief United States District Judge