MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0013-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING |
| v. | |
| KEMBERLY FLORES LOPEZ, | DATE: June 5, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Kemberly Flores Lopez, by and through her attorney of record, Christopher Cosca, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for June 5, 2025, at 9:30 a.m., to September 18, 2025, at 9:30 a.m., based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for June 5, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process.

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to September 18, 2025, at 9:30 a.m.

1  IT IS SO STIPULATED.

Dated: May 28, 2025                             MICHELE BECKWITH
                                                Acting United States Attorney

                                                /s/ DAVID W. SPENCER
                                                DAVID W. SPENCER
                                                Assistant United States Attorney

Dated: May 28, 2025                             /s/ CHRISTOPHER COSCA
                                                CHRISTOPHER COSCA
                                                Counsel for Defendant
                                                KEMBERLY FLORES LOPEZ

## ORDER

The date for the Status re: Judgment and Sentencing is hereby continued from June 5, 2025, to September 18, 2025, at 9:30 a.m.

Dated: May 28, 2025

_____
Troy L. Nunley
Chief United States District Judge