COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KEMBERLY FLORES LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00013-TLN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |
| vs. | |
| KEMBERLY FLORES LOPEZ, | |
| Defendant. | |

## STIPULATION

Defendant KEMBERLY FLORES LOPEZ was released on her own recognizance and is not subject to pretrial supervision. Currently, her conditions of release limit travel to the Eastern District of California. ECF 10.

Now, the parties hereto stipulate that defendant's Conditions of Release be modified to allow travel to Jalisco, Mexico between December 13, 2025, and January 3, 2026. The purpose of travel is to visit sick, elderly relatives in poor health. Based on the unique circumstances of this case, including the substantial information submitted by defense counsel to counsel for the United States to address risk-of-flight concerns, the United States does not object to this request.

Respectfully submitted,

Dated:  September 2, 2025         /s/ Chris Cosca
                                  CHRIS COSCA
                                  Attorney for Defendant
                                  KEMBERLY FLORES LOPEZ


Dated: September 2, 2025          /s/ David Spencer
                                  DAVID SPENCER
                                  Assistant US Attorney
                                  Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE