ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0013-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING |
| v. | DATE: September 18, 2025 |
| KEMBERLY FLORES LOPEZ, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Kemberly Flores Lopez, by and through her attorney of record, Christopher Cosca, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for September 18, 2025, at 9:30 a.m., to January 15, 2026, at 9:30 a.m., based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for September 18, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process.

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to January 15, 2026, at 9:30 a.m.

1  IT IS SO STIPULATED.

2

3

4  Dated: September 15, 2025                ERIC GRANT
                                            United States Attorney
5
                                            /s/ DAVID W. SPENCER
6                                           DAVID W. SPENCER
                                            Assistant United States Attorney
7

8
   Dated: September 15, 2025                /s/ CHRISTOPHER COSCA
9                                           CHRISTOPHER COSCA
                                            Counsel for Defendant
10                                          KEMBERLY FLORES LOPEZ

11

12

13                                **ORDER**

14     The date for the Status re: Judgment and Sentencing is hereby continued from September 18,

15  2025, to January 15, 2026, at 9:30 a.m.

16

17  DATED: September 15, 2025

18                                          _____
                                            Troy L. Nunley
19                                          Chief United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS RE: J&S                2