ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEMBERLY FLORES LOPEZ,<br><br>Defendant. | CASE NO. 2:23-CR-0013-TLN<br><br>STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING<br><br>DATE: January 15, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Kemberly Flores Lopez, by and through her attorney of record, Christopher Cosca, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for January 15, 2026, at 9:30 a.m., to March 12, 2026, at 9:30 a.m., based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for January 15, 2026.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process.

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to March 12, 2026, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: January 7, 2026					ERIC GRANT
								United States Attorney

								/s/ DAVID W. SPENCER
								DAVID W. SPENCER
								Assistant United States Attorney

Dated: January 7, 2026					/s/ CHRISTOPHER COSCA
								CHRISTOPHER COSCA
								Counsel for Defendant
								KEMBERLY FLORES LOPEZ

## ORDER

The date for the Status re: Judgment and Sentencing is hereby continued from January 15, 2026, to March 12, 2026, at 9:30 a.m.

Dated: January 9, 2026
								_____
								Troy L. Nunley
								Chief United States District Judge