ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KEMBERLY FLORES LOPEZ,<br><br>                              Defendant. | CASE NO.  2:23-CR-0013-TLN<br><br>STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING<br><br>DATE: March 12, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Kemberly Flores Lopez, by and through her attorney of record, Christopher Cosca, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for March 12, 2026, at 9:30 a.m., to September 17, 2026, at 9:30 a.m., based on the following:

1.    By previous order, the status re: judgment and sentencing hearing was set for March 12, 2026.

2.    Additional time is needed for investigation related to sentencing and to complete the PSR process.

3.    Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to September 17, 2026, at 9:30 a.m.

STIPULATION TO CONTINUE STATUS RE: J&S                    1

IT IS SO STIPULATED.

Dated:  March 9, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  March 9, 2026

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
KEMBERLY FLORES LOPEZ

**ORDER**

The date for the Status re: Judgment and Sentencing is hereby continued from March 12, 2026, to September 17, 2026, at 9:30 a.m.

Date: March 12, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS RE: J&S

2